# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| United States of America | § | |
| | § | |
| vs. | § | NO:  AU: 21-MJ-00033-SH |
| | § | |
| (1) Christopher Ray Grider | § | |

## ORDER OF TEMPORARY DETENTION

| | |
|---|---|
| Place:           501 West 5th Street, Austin, Texas, 78701 | Courtroom No.: 6, 6th Floor |
| Presiding Judge: U.S. Magistrate Judge Susan Hightower | Date and Time: January 27, 2021 at 1:30 p.m. |

**IT IS ORDERED** that this case is set for a **PRELIMINARY HEARING AND DETENTION HEARING BY VIDEO TELECONFERENCE** on **Wednesday, January 27, 2021 at 1:30 p.m.** Video teleconference information will be sent to counsel of record. Members off the public wishing to attend should contact Courtroom Deputy James Ferrell at James_Ferrell@txwd.uscourts.gov. Pursuant to Rule AT-5(l) of the Local Court Rules of the United States District Court for the Western District of Texas, photographing, broadcasting, or televising any judicial proceeding or any person directly or indirectly involved in a proceeding, whether court is in session or not, in or from any part of a United States Courthouse, is prohibited, except with the permission of the judge presiding.

**IT IS FURTHER ORDERED** that in the event the services of a court interpreter are required, counsel for the defendant shall notify the U.S. District Clerk's Office no less than three days before the date of the hearing.

Pending the hearing, the defendant is to be detained in the custody of the United States Marshal or any other authorized officer.  The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

If the defendant chooses to waive hearing(s), a written waiver (attached) **must be signed by defendant and defendant's counsel and filed by 4:00 p.m. the day before scheduled hearing**.

**SIGNED** on January 22, 2021.

                                        _____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

United States of America

v.                                                    Case Number:  AU: 21-MJ-00033-SH

(1) Christopher Ray Grider

## DEFENDANT'S WAIVER OF DETENTION HEARING

Defendant, (1) Christopher Ray Grider, files this waiver in response to the Order of Temporary Detention Hearing which was issued by the Court.  After further investigation, Defendant wishes at this time to waive the right to a detention hearing, subject to their right to bring a motion concerning detention at a later date.

_____          Respectfully submitted,

*Defendant*

_____          _____
*Date*                                                            *Attorney for Defendant*

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document was delivered to the Assistant United States Attorney on the _____ day of _____, 20 ____.

_____

*Attorney for Defendant*

AO 468 (Rev. 01/09) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

United States of America

v.                                                    NO:   AU: 21-MJ-00033-SH

(1) Christopher Ray Grider

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5 or Fed. R. Crim. P. 32.1.

Date:   _____

_____
Defendant's signature

_____
Signature of defendant's attorney